**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MELODIE ALLEN | CIVIL ACTION NO. 12-2940 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner be **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 20th day of February, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE